Lula M. LEWIS, Appellant,

v.

Michael J. ASTRUE, Commissioner of Social Security, Appellee.

No. 09–1097.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 6, 2010.

Filed: Jan. 8, 2010.

---

Jerry Schnurr, III, Schnurr & Fitzgerald, Fort Dodge, IA, for Appellant.

Martha A. Fagg, U.S. Attorney's Office, Sioux City, IA, Kristi Schmidt, Sean Stewart, Social Security Administration, Office of General Counsel Region VII, Kansas City, MO, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

**PER CURIAM.**

Lulu M. Lewis appeals the district court's[1] order affirming the denial of disability insurance benefits. Following our de novo review of the record, we reject Lewis's assertions of error and find that the administrative law judge's decision is supported by substantial evidence on the record as a whole. *See Davidson v. Astrue,* 578 F.3d 838, 841–42 (8th Cir.2009) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

[1]. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa, adopting the report and recommendations of the Honorable Paul A. Zoss, United States Magistrate Judge for the Northern District of Iowa.